UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 14-22-DLB-EBA

UNITED STATES OF AMERICA                                                                     PLAINTIFF

vs.         ORDER ADOPTING REPORT AND RECOMMENDATION

WILLIAM E. LYND                                                                                   DEFENDANT

************

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins, wherein he recommends that the Court revoke Defendant William Lynd's supervised release and impose a sentence of six (6) months incarceration, with no term of supervised release to follow. (Doc. # 10). At the final revocation hearing conducted on February 18, 2016, Defendant stipulated to violations of two terms of his Supervised Release Conditions and one term of his Special Conditions of Supervision, as set forth Probation Officer Alison Biggs's Violation Report. (Doc. # 2).

Defendant having executed a waiver of his right to allocution (Doc. # 7), and indicating through counsel that he has no objection to the R&R (Doc. #11), the matter is ripe for review. The R&R being sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation (Doc. # 10) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

1

    (2)    Defendant is found to have **VIOLATED** the terms of his supervised release;

    (3)    Defendant's supervised release is hereby **REVOKED**;

    (4)    Defendant is hereby **SENTENCED** to the custody of the Attorney General for a term of **six (6) months, with no term of supervised release to follow**;

    (5)    A separate Judgment shall be entered contemporaneously forthwith; and

This 2nd day of March, 2016.



Signed By:
*David L. Bunning*   DB
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2014\14-22 Order Adopting R&R re SRV.wpd